UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY DAVIS (#102252)** | **CIVIL ACTION** |
| **VERSUS** | |
| **RAMAN SINGH, ET AL.** | **NO. 16-0552-JWD-EWD** |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated March 13, 2018, to which no objection was filed:

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (R. Doc. 15) is granted, dismissing Plaintiff's claims asserted against Defendants herein, with prejudice, and that this action shall be dismissed. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 28, 2018</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA